yb

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VICENTE GARCIA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 16 CV 859 |
| v. | ) | |
| | ) | Hon. Charles R. Norgle |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Petitioner Vicente Garcia's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 [1] is denied. In addition, a Certificate of Appealability is denied pursuant to Rule 11(a) of the Rules Governing § 2255 Proceedings for the United States District Courts. As a result, Petitioner's Motion Requesting Extension of Time to Reply to Government's Response to 28 U.S.C. § 2255 [29], Petitioner's Motion Requesting to Supplement Original Johnson Claim in Relation Back Pursuant to Fed. R. Civ. P 15(c) and (d) [32], Petitioner's Motion to Take Judicial Notice [33], Petitioner's Motion for Leave to Invoke Discovery [34], Petitioner's Motion for Production of Seventh Circuit Pattern Jury instructions [35], Petitioner's Motion for Production of a Copy of the Written Jury Instructions Submitted During Trial [36], Petitioner's Motion to Take Judicial Notice of Prevailing United States Supreme Court Case Doctrine [37], Petitioner's Motion for Extension of Time to Reply to Government's Response to Movant's 28 U.S.C. § 2255 Motion [38], Petitioner's Motion to Stay All Proceedings [39], and Petitioner's Motion for Extension of Time [41] are all denied as moot. Civil case terminated.

ENTER:

Charles Norgle

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: March 22, 2017