Nh

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VICENTE GARCIA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 16 CV 859 |
| v. | ) | |
| | ) | Hon. Charles R. Norgle |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

The Court finds that Petitioner Vicente Garcia has been fully and adequately heard on all reasonable issues presented in his petition pursuant to 28 U.S.C. § 2255. Petitioner's Motion for Reconsideration of Order Entered on March 22, 2017 Denying Movant's § 2255 [47], brought pursuant to Federal Rule of Civil Procedure 59(e), is denied. The case remains terminated.

ENTER: Charles Norgle

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: April 20, 2017